# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GARY C. BERTRAND AND MELISSA P.
BERTRAND

VERSUS

GLENN J. PATRICK; AIG PROPERTY
CASUALTY COMPANY; AND LOUISIANA
FARM BUREAU CASUALTY INSURANCE
COMPANY

    Consolidated With

LISA SIMPSON AND LESTER SIMPSON

VERSUS

GLENN PATRICK, AIG PROPERTY
CASUALTY COMPANY AND STATE FARM
MUTUAL INSURANCE COMPANY

NO.  2020 CW 0153

**APR 2 8 2020**

---

In Re:  Glenn Patrick and State Farm Fire and Casualty Company,
applying for supervisory writs, 18th Judicial District
Court, Parish of Iberville, No. 77,752 c/w 77,774

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED.**  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**WJB**

    **Guidry, J.,** dissents.  The records requested from Acadian Ambulance are discoverable only to the extent that they relate to the blood alcohol level and/or alcohol consumption of Mr. Patrick on the date of the accident in question.  See La. Code Evid. art. 510(B)(2)(i).  Accordingly, I would order Acadian Ambulance to produce all responsive documents and direct the district court to conduct an *in camera* review of the responsive documents to determine which portions are subject to production.

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.